BUCKLEY KING
MICHAEL SALCIDO
2020 North Central Avenue, Suite 1120
Phoenix, AZ 85004
Telephone: 602/424-2550
602/424-2566 (fax)
salcido@buckleyking.com

Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
CHRISTOPHER M. WOOD
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
jeffreyl@csgrr.com
cwood@csgrr.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| TEAMSTERS LOCAL 617 PENSION AND WELFARE FUNDS, on behalf of itself and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APOLLO GROUP, INC., et al.,<br><br>Defendants. | No. 2:06-cv-02674-RCB<br><br><u>CLASS ACTION</u><br><br>PENDING MOTION NOTIFICATION PURSUANT TO LRCIV 7.2(l) |

1   On January 22, 2008, defendants in this action filed motions to dismiss lead plaintiff's complaint, filed on November 23, 2007. Briefing on defendants' motions to dismiss was completed on April 28, 2008. Subsequently, on August 29, 2008, the Court issued an Order requiring supplemental briefing discussing the impact, if any, of certain Ninth Circuit opinions issued after the completion of briefing on defendants' motions to dismiss. Such briefs were filed on September 8, 2008.

Local Rule of Civil Procedure 7.2(l) requires that "[w]henever any motion or other matter has been taken under advisement by a District Judge or Magistrate Judge for more than one hundred and eighty (180) days, the attorneys of record in the case shall inquire of the Court, in writing, as to the status of the matter." LRCiv 72(l).

Counsel for lead plaintiff therefore respectfully submit this Pending Motion Notification Pursuant to LRCiv 7.2(l) to inquire as to the status of defendants' pending motions to dismiss.

DATED: March 10, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
CHRISTOPHER M. WOOD

　　　　s/ Christopher M. Wood
CHRISTOPHER M. WOOD

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
jeffreyl@csgrr.com

Lead Counsel for Lead Plaintiff

BUCKLEY KING
MICHAEL SALCIDO
2020 North Central Avenue, Suite 1120
Phoenix, AZ  85004
Telephone:  602/424-2550
602/424-2566 (fax)
salcido@buckleyking.com

Liaison Counsel

S:\CasesSD\Apollo Group 06\MOT00057870.doc

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 10, 2009.

 s/ Christopher M. Wood
CHRISTOPHER M. WOOD

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:   cwood@csgrr.com

# Mailing Information for a Case 2:06-cv-02674-RCB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,e_file_sd@csgrr.com

- **Lauren S Antonino**
  lantonino@motleyrice.com

- **James W Barnhouse**
  barnhouse@buckleyking.com,kennelly@buckleyking.com,jsdbarnhouse@cox.net

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Robert O Dyer**
  rdyer@stklaw.com,kprentice@stklaw.com

- **Michael J Farrell**
  mfarrell@jsslaw.com,kroberts@jsslaw.com,MinuteEntries@jsslaw.com

- **Joseph E Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **Joshua Ray Forest**
  jforest@snowjensen.com,mbone@snowjensen.com

- **Marc I Gross**
  migross@pomlaw.com

- **Brian A Herman**
  bherman@morganlewis.com

- **Jeffrey W Lawrence**
  jeffreyl@lerachlaw.com,FileRoomSF@lerachlaw.com,jdecena@lerachlaw.com

- **Steven Charles Lawrence**
  steve.lawrence@hro.com,roonie.mcfarland@hro.com

- **Louisiana District Attorneys Retirement System**
  smartin@martinbonnett.com

- **Susan Joan Martin**
  smartin@martinbonnett.com,tmahabir@martinbonnett.com,mblawfirm@aol.com

- **Virginia F Milstead**
  virginia.milstead@skadden.com

- **Robert D Mitchell**
  robertmitchell@mitchell-attorneys.com,mitchell_atty@msn.com

- **Peter B Morrison**
  pmorriso@skadden.com,jsickler@skadden.com

- **Fei-Lu Qian**
  flqian@pomlaw.com

- **David A Rosenfeld**
  courtnotices@unioncounsel.net,nphillips@unioncounsel.net,bhinkle@unioncounsel.net

- **Samuel H Rudman**
  srudman@lerachlaw.com,E_file_ny@lerachlaw.com

- **Michael Salcido**
  salcido@buckleyking.com,kennelly@buckleyking.com

- **Jay P Saltzman**
  JAY@SPORNLAW.COM

- **Eric S Waxman**
  ewaxman@skadden.com,mcouchoi@skadden.com

- **Christopher M Wood**
  cwood@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)