**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Local 617 Teamsters Pension and Welfare Funds, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Apollo Group Incorporated, et al.,<br><br>Defendants. | No. CV-06-02674-PHX-DLR<br><br>**ORDER AWARDING ATTORNEY'S FEES AND EXPENSES** |

THIS MATTER having come before the Court on July 28, 2015, on the motion of Lead Plaintiff's Counsel for an award of attorneys' fees and expenses incurred in the Litigation (Doc. 180); the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Litigation to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of January 12, 2015 (the "Stipulation") (Doc. 166).

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Plaintiff's Counsel attorneys' fees of 25% of the Settlement Fund and expenses in an aggregate amount of $113,816.95, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid.  Said fees shall be allocated by Lead Plaintiff's counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution, and resolution of the Litigation.  The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Lead Plaintiff's counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions, and obligations of the Stipulation, which are incorporated herein.

IT IS SO ORDERED.

Dated this 29th day of July, 2015.

Douglas L. Rayes
United States District Judge